Nathaniel L. Dilger (Bar No. 196203)
Email: ndilger@onellp.com
Joseph K. Liu (Bar No. 216227)
Email: jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Charles F. Brega (Pro Hac Vice)
cbrega@fwlaw.com
Gregory C. Smith (Pro Hac Vice)
gsmith@fwlaw.com
FAIRFIELD & WOODS PC
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Telephone:  (303) 830-2400
Facsimile:   (303) 830-1033

Attorneys for Plaintiff CTC Cable Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CTC CABLE CORPORATION, a Nevada corporation,<br><br>           Plaintiff,<br><br>v.<br><br>MERCURY CABLE & ENERGY, LLC, a Nevada limited liability company,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV09-261 DOC (MLGx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]<br><br>Date:       July 19, 2010<br>Time:      08:30 a.m.<br>Courtroom: 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 19, 2010 at 08:30 a.m. in Courtroom 9D of the above-entitled Court, or as soon thereafter as the matter may be heard before this

16995.1

1

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

1  Court, Plaintiff will move, and does hereby move for an order granting Plaintiff leave to
2  file its Second Amended Complaint.
3      This motion is based on the attached Memorandum, the accompanying
4  Declaration of Nathaniel L. Dilger and its attached exhibits, Plaintiff's proposed Second
5  Amended Complaint, the arguments of counsel, and all other materials in this Court's
6  file or which is filed or lodged concurrently herewith, and such other evidence and
7  arguments as may be considered by this Court.
8      This motion is made following the conference of counsel pursuant to Local Rule 37-
9  1 which occurred on June 2, 2010 via both telephone and e-mail.

Dated:  June 21, 2010            **ONE LLP**

                By:   /s/ Nate L. Dilger
                      Nate L. Dilger
                      Attorneys for Plaintiff, CTC Cable Corporation

16995.1

2

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**