Nathaniel L. Dilger (Bar No. 196203)
Email: ndilger@onellp.com
Joseph K. Liu (Bar No. 216227)
Email: jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Charles F. Brega (Pro Hac Vice)
cbrega@fwlaw.com
Gregory C. Smith (Pro Hac Vice)
gsmith@fwlaw.com
FAIRFIELD & WOODS PC
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Telephone:  (303) 830-2400
Facsimile:   (303) 830-1033

Attorneys for Plaintiff CTC Cable Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CTC CABLE CORPORATION, a Nevada corporation,<br><br>      Plaintiff,<br><br>v.<br><br>MERCURY CABLE & ENERGY, LLC, a Nevada limited liability company,<br><br>      Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV09-261 DOC (MLGx)<br><br>**DECLARATION OF NATHANIEL L. DILGER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:         July 19, 2010<br>Time:        08:30 a.m.<br>Courtroom: 9D |

I, Nathaniel L. Dilger, declare as follows:

1.  I am attorney at law duly licensed to practice in this court and I am a partner at the law firm of One LLP, counsel of record for Plaintiff CTC Cable Corporation.

16999.1

1

**DECLARATION OF NATHANIEL L. DILGER IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's proposed Second Amended Complaint, including Exhibits A-K.

3. Attached as Exhibit 2 is a true and correct copy of e-mail correspondence between me and Defendant Mercury Cable & Energy, LLC's counsel James Doroshow regarding the Second Amended Complaint and the filing of this motion, among other issues.

I declare that the foregoing is true under penalty of perjury under the laws of the United States of America. Executed this 21st day of June, 2010 at Newport Beach, California.

/s/ Nathaniel L. Dilger
Nathaniel L. Dilger

16999.1

2

**DECLARATION OF NATHANIEL L. DILGER IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**