James E. Doroshow (SBN 112920)
    jdoroshow@foxrothschild.com
Jonathan R. Lagarenne
    jlagarenne@foxrothschild.com
Alan C. Chen (SBN 224420)
    achen@foxrothschild.com
Christopher R. Kinkade
    ckinkade@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-3005
Tel 310.598.4150/Fax 310.556.9828

Attorneys for Defendants/Counterclaimants
Mercury Cable & Energy, Inc.,
Ronald Morris, Todd Harris,
Edward Skonezny, and Wang Chen

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTC CABLE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCURY CABLE & ENERGY, INC., *et al.*,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: CV-09-261 DOC (MLGx)<br><br>**DEFENDANTS' *EX PARTE* APPLICATION**<br><br>The Honorable David O. Carter |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT at a date and time to be determined by the Honorable David O. Carter, United States District Judge, United States District Court for the Central District of California, located at 411 W. 4th Street, Santa Ana, CA 92701, Defendants Mercury Cable & Energy, Inc. ("Mercury"), Ronald Morris, Todd Harris, Edward Skonezny, and Wang Chen (collectively, "Mercury Defendants") will and hereby do request an Order:

(1) granting Mercury Defendants leave to answer the Second Amended Complaint (D.I. 123; "SAC") of Plaintiff CTC Cable Corporation ("CTC") in the form of the Answer attached as Exhibit A to the Declaration of James E. Doroshow;

(2) vacating the entry of default against defendants Ronald Morris, Todd Harris, Edward Skonezny, and Wang Chen (D.I. 183);

(3) striking the portion of the Stipulation for Settlement and Dismissal of Diversified without Prejudice Pursuant to Fed. R. Civ. P. 41 (D.I. 182; "Diversified Stipulation") that requires disclosure of Mercury's proprietary exemplars that are the subject of a prior discovery Order (D.I. 95, 118);

(4) striking the portions of the Stipulation for Settlement Including Dismissal as to Defendant General Cable Corporation Only, without Prejudice (D.I. 160; "General Cable Stipulation") and Order Dismissing Defendant General Cable Corporation without Prejudice (D.I. 171; "General Cable Dismissal") that require disclosure of Mercury's proprietary exemplars that are the subject of a prior discovery Order (D.I. 95, 118); and

(5) scheduling a status conference at the Court's earliest convenience to discuss the impact of Plaintiff's April 8, 2011 Chapter 11 bankruptcy petition on this action and, if the case is not stayed, Mercury

Defendants' anticipated motion to disqualify Knobbe, Martens, Olson & Bear, LLP due to a conflict of interest.

Defendants respectfully submit, concurrently with this *ex parte* application, a proposed order in accordance with the above.

*Ex parte* relief is necessary and justified for at least the following reasons:

(1) Plaintiff filed its request for entry of default against Mercury Defendants without ever having raised the issue with Mercury Defendants or requesting to meet and confer, despite the fact that Mercury previously answered in this action, has asserted affirmative defenses and counterclaims, and has actively participated in discovery, including responding to contention interrogatories;

(2) Plaintiff has refused to stipulate to Mercury Defendants' answer of the SAC;

(3) Plaintiff has filed a Chapter 11 petition for bankruptcy in the Central District of California, which raises the question of whether this action is stayed in whole or in part (11 U.S.C. § 362(a)(1); *see Dean v. Trans World Airlines, Inc.*, 72 F.3d 754 (9th Cir. 1995));

(4) Plaintiff has recently substituted counsel that has a conflict of interest with Mercury Defendants;

(5) despite filing its Chapter 11 petition and having a conflict of interest of counsel, Plaintiff has served additional discovery on Mercury Defendants and continues to actively litigate; and

(6) Plaintiff is attempting to improperly circumvent this Court's discovery Order by seeking production of Mercury's product samples as part of the Diversified Stipulation and General Cable Stipulation.

This *ex parte* application is based on the attached Memorandum of Points and Authorities, the attached Declaration of James E. Doroshow and the exhibits attached thereto, the proposed Order lodged concurrently herewith, the pleadings on

1  file in this action, and any such other matters presented to the Court at the time of
2  hearing.

3  **Local Rule 7-19.1 Statement:**

4  The undersigned counsel for Mercury Defendants has made reasonable, good
5  faith efforts to contact counsel for Plaintiff concerning the substance of this *ex parte*
6  application and to obtain Plaintiff's consent. Details of counsel's communications
7  are contained in the attached Declaration of James E. Doroshow. Plaintiff does not
8  consent to the relief requested by Mercury Defendants herein.

Respectfully submitted,

DATED: April 14, 2011          FOX ROTHSCHILD, LLP

By: /s/James E. Doroshow
James E. Doroshow
Jonathan R. Lagarenne
Alan C. Chen
Christopher R. Kinkade
1800 Century Park East, Suite 300
Los Angeles, CA 90067

Attorneys for Defendants/Counterclaimants
Mercury Cable & Energy, Inc.,
Ronald Morris, Todd Harris,
Edward Skonezny, and Wang Chen