| | |
|---|---|
| 1 | Craig S. Summers (SBN 108,688) |
| | craig.summers@kmob.com |
| 2 | Irfan A. Lateef (SBN 204,004) |
| | irfan.lateef@kmob.com |
| 3 | Christy G. Lea (SBN 212,060) |
| | christy.lea@kmob.com |
| 4 | Brian C. Claassen (SBN 253,627) |
| | brian.claassen@kmob.com |
| 5 | Christina J. McCullough (SBN 245,944) |
| | christina.mccullough@kmob.com |
| 6 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 2040 Main Street, 14th Floor |
| 7 | Irvine, CA 92614 |
| | Telephone: (949) 760-0404 |
| 8 | Facsimile: (949) 760-9502 |
| 9 | Attorneys for Plaintiff |
| | **CTC CABLE CORPORATION** |
| 10 | |
| 11 | James Doroshow (SBN 112,920) |
| | jdoroshow@foxrothschild.com |
| | Jonathan R. Lagarenne |
| 12 | jlagarenne@foxrothschild.com |
| | Alan C. Chen (SBN 224,420) |
| 13 | achen@foxrothschild.com |
| | Christopher R. Kinkade |
| 14 | ckinkade@foxrothschild.com |
| | **FOX ROTHSCHILD LLP** |
| 15 | 1800 Century Park East, Suite 300 |
| | Los Angeles, CA 90067-3005 |
| 16 | Telephone: (310) 598-4150 |
| | Facsimile: (310) 556-9828 |
| 17 | |
| | Attorneys for Defendants |
| 18 | **MERCURY CABLE & ENERGY,** |
| | **RONALD MORRIS, TODD HARRIS,** |
| 19 | **EDWARD SKONEZKY, and WANG CHEN** |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| 22 | CTC CABLE CORPORATION, a Nevada corporation, | ) Civil Action No. |
| 23 | | ) SACV 09-0261 DOC (MLGx) |
| | Plaintiff, | ) |
| 24 | v. | ) **ORDER GRANTING PARTIAL** |
| | | ) **STAY AND SETTING MOTION** |
| 25 | MERCURY CABLE & ENERGY, INC., etc., et al., | ) **SCHEDULE** |
| 26 | | ) The Honorable David O. Carter |
| | Defendants. | ) |
| 27 | | ) |
| 28 | | |

# ORDER

The Court, having reviewed the Stipulation for Motion Schedule and Partial Stay ("Stipulation") between Plaintiff CTC Cable Corporation ("CTC") and Defendant Mercury Cable & Energy, Inc. ("Mercury") and good cause being shown, hereby grants the parties' request for a partial stay.

[CTC's PROPOSED ORDER]

IT IS FURTHER ORDERED that:

1. The hearing and briefing schedule for Mercury's contemplated motion to disqualify Knobbe Martens as counsel for CTC shall be:

    Mercury to file its Motion by Monday, April 25, 2011

    CTC to file its Opposition by Monday, May 2, 2011

    Mercury to file any Reply by Monday, May 9, 2011

    Hearing, if necessary, to be held on Monday, May 23, 2011

2. This action shall be partially stayed until June 3, 2011, unless this Court rules on Mercury's contemplated Motion sooner. If the Court issues its ruling prior to June 3, 2011, the stay will be lifted on the date of the Court's ruling.

3. The partial stay will apply to all proceedings in this case except for Mercury's contemplated Motion, which will be briefed pursuant to the schedule set forth above.

4. The case schedule following the stay will be as set forth below:

|  | OLD SCHEDULE | NEW SCHEDULE |
|---|---|---|
| Rebuttal Expert Reports | April 27 | June 10 |
| Hearing on Mercury's MSJ of Invalidity | May 2 | TBD, if necessary |
| Discovery cut-off | May 13 | June 27 |

|  | OLD SCHEDULE | NEW SCHEDULE |
|---|---|---|
| Motion cut-off | June 13 | July 25 |
| Final Pretrial Conf | August 29 | August 29 (No change) |
| Jury Trial (4 days) | September 20 | September 20 (No change) |

5. Mercury's pending and fully-briefed Motion for Summary Judgment of Invalidity currently set for hearing on May 2, 2011 is taken off calendar. The Court will either decide the Motion on the papers without a hearing or will reschedule the hearing for a date after the Bankruptcy Court addresses Knobbe Martens' employment application and this Court addresses Mercury's Motion for disqualification.

[MERCURY's PROPOSED ORDER]

IT IS FURTHER ORDERED that:

1. The hearing and briefing schedule for Mercury's contemplated motion to disqualify Knobbe Martens as counsel for CTC shall be:

    Mercury to file its Motion by Monday, April 25, 2011

    CTC to file its Opposition by Monday, May 2, 2011

    Mercury to file any Reply by Monday, May 9, 2011

    Hearing, if necessary, to be held on Monday, May 23, 2011

2. Mercury's pending and fully-briefed Motion for Summary Judgment of Invalidity is currently set for hearing on May 2, 2011. Since the Knobbe firm prepared the Opposition to this Motion before the Court could rule on Mercury's Motion to Disqualify the Knobbe firm, Mercury has advised the Court it intends to address the effect of Knobbe's participation in drafting this Opposition as part of its disqualification motion. The Summary Judgment Motion will be decided by the Court after the Court rules on Mercury's Motion to Disqualify the Knobbe firm.

///

3. This action shall be partially stayed until June 3, 2011 except as to Mercury's Motions for Disqualification and for Summary Judgment.

4. The case schedule following the stay will be as set forth below:

|  | OLD SCHEDULE | NEW SCHEDULE |
| --- | --- | --- |
| Rebuttal Expert Reports | April 27 | June 10 |
| Hearing on Mercury's MSJ of Invalidity | May 2 | TBD, if necessary |
| Discovery cut-off | May 13 | June 27 |
| Motion cut-off | June 13 | July 25 |
| Final Pretrial Conf | August 29 | October 13 |
| Jury Trial (4 days) | September 20 | November 4 |

IT IS SO ORDERED.

Dated: April 22, 2011

*David O. Carter*
HON. DAVID O. CARTER
United States District Judge

11083397