Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
Irfan A. Lateef (SBN 204,004)
irfan.lateef@kmob.com
Christy G. Lea (SBN 212,060)
christy.lea@kmob.com
Brian C. Claassen (SBN 253,627)
brian.claassen@kmob.com
Christina J. McCullough (SBN 245,944)
christina.mccullough@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**CTC CABLE CORPORATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CTC CABLE CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY CABLE & ENERGY, INC., etc., et al.,<br><br>Defendants. | Civil Action No.<br>SACV 09-0261 DOC (MLGx)<br><br>**PLAINTIFFS' NOTICE OF APPLICATION AND *EX PARTE* APPLICATION FOR AN ORDER FOR FULL STAY OF LITIGATION**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: N/A<br><br>The Honorable David O. Carter |

Pursuant to Local Rule 7-19, Plaintiff CTC Cable Corporation ("CTC") hereby applies to this Court *ex parte* for an order staying this litigation, including Defendant Mercury's Motion to Disqualify Knobbe Martens, until CTC resolves its pending bankruptcy proceedings. This *ex parte* application is based on this notice of application, the accompanying memorandum of points and authorities, the declaration of Christy G. Lea and the exhibits attached thereto, and any oral argument that may be permitted by the Court. A proposed order is being lodged for the Court's consideration.

In accordance with Local Rule 7-19.1 and Judge Carter's Standing Orders, CTC provided notice of this *ex parte* application through its counsel, Christy G. Lea, to Mercury's counsel, James Doroshow, by email on June 9, 2011. Ms. Lea informed Mr. Doroshow that CTC intended to file this *ex parte* application on June 9, 2011 to seek a full stay of the litigation, including Mercury's Motion to Disqualify Knobbe Martens. Christy G. Lea Decl. ¶ 6. Mr. Doroshow previously indicated that Mercury supports a stay of the litigation. However, Mr. Doroshow previously indicated that Mercury may file an opposition, in whole or in part. Lea Decl. Ex. 1 at 15.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 9, 2011          By:  */s/ Christy G. Lea*
                                    Craig S. Summers
                                    Irfan A. Lateef
                                    Christy G. Lea
                                    Brian C. Claassen
                                    Christina J. McCullough

Attorneys for Plaintiff,
CTC CABLE CORPORATION

11359798