Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
Irfan A. Lateef (SBN 204,004)
irfan.lateef@kmob.com
Christy G. Lea (SBN 212,060)
christy.lea@kmob.com
Brian C. Claassen (SBN 253,627)
brian.claassen@kmob.com
Christina J. McCullough (SBN 245,944)
christina.mccullough@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**CTC CABLE CORPORATION**

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CTC CABLE CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY CABLE & ENERGY, INC., etc., et al.,<br><br>Defendants. | Civil Action No.<br>SACV 09-0261 DOC (MLGx)<br><br>**ORDER GRANTING CTC'S *EX PARTE* APPLICATION FOR AN ORDER FOR FULL STAY OF LITIGATION**<br><br>The Honorable David O. Carter |

This Court, having considered Plaintiff CTC Cable Corporation's ("CTC") *Ex Parte* Application and Defendant Mercury Cable and Energy, Inc.'s ("Mercury") response thereto, and good cause appearing therefore, hereby ORDERS as follows:

1. CTC's *Ex Parte* Application is GRANTED;

2. This case is hereby stayed in its entirety pending resolution of CTC's bankruptcy proceedings.

3. All current discovery, pretrial, and trial dates are hereby vacated.

4. The parties shall submit a joint statement every 60 days from the day this Order is entered and continuing until the completion of the bankruptcy proceedings, advising the Court of the status of the bankruptcy proceedings.

IT IS SO ORDERED.

Dated: June 23, 2011     By: *David O. Carter*
                                     The Honorable David O. Carter
                                     United States District Court Judge

11359922