VENABLE LLP
Tamany Vinson Bentz (SBN 258600)
  tjbentz@venable.com
Matthew J. Busch (SBN 307396)
  mjbusch@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Alper Ertas (SBN 264120)
  atertas@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Attorneys for Plaintiff CTC Global Corp.

FOX ROTHSCHILD LLP
James E. Doroshow (SBN 112920)
  jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
  apuri@foxrothschild.com
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067-1506
Telephone:  (310) 598-4150
Facsimile:  (310) 556-9828

Attorneys for Defendants Mercury Cable & Energy, Inc., et al.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CTC GLOBAL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY CABLE & ENERGY, INC., d/b/a Mercury Cable & Energy, LLC, a Nevada corporation; ENERGY TECHNOLOGY INTERNATIONAL COMPANY, INC., a Cook Islands corporation; RONALD MORRIS, an individual; TODD HARRIS, an individual; EDWARD SKONEZNY, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. SACV 09-cv-00261 DOC-E<br><br>Hon. David O. Carter<br><br>**STIPULATED JUDGMENT [376]**<br><br><br>Action Filed:  March 3, 2009<br>Trial Date:  April 10, 2018 |

| | |
|---|---|
| 1 | MERCURY CABLE & ENERGY, INC., a Nevada corporation; RONALD MORRIS, an individual; TODD HARRIS, an individual; and EDWARD SKONEZNY, an individual, |
| 2 | |
| 3 | |
| 4 | Counterclaimants, |
| 5 | v. |
| 6 | CTC GLOBAL CORPORATION, a Delaware corporation, and ROES 1-10, inclusive, |
| 7 | |
| 8 | Counterdefendants. |

THIS CAUSE having come to be heard on Plaintiff CTC Global Corp. ("Plaintiff" or "CTC") Third Amended Complaint against Defendants Mercury Cable & Energy, Inc. d/b/a Mercury Cable & Energy, LLC, Ronald Morris, Todd Harris, and Edward Skonezny (collectively "Defendants") and Defendants counterclaims against CTC, and CTC and Defendants, having agreed to enter into this Stipulated Judgment for the purpose of resolution of this matter, having agreed to waive the necessity of the Court to make specific findings of fact, having agreed that this Court has jurisdiction to enter a final judgment in this matter, and having further expressly waived any right to judicial review thereof or to otherwise contest the validity or enforceability of this agreement, the Court ORDERS AND ADJUDGES as follows:

1. Defendants have infringed U.S. Patent No. 7,368,162 and U.S. Patent No. 7,211,319 by making, selling, offering to sell, importing, supplying components or substantial portions of components for, or testing HVCRC, or causing others to make, sell, offer to sell, import, supply components or substantial portions of components for, or test HVCRC;

2. U.S. Patent No. 7,368,162 and U.S. Patent No. 7,211,319 are valid and enforceable;

3. Plaintiff has not committed Walker-Process Fraud under 15 U.S.C. § 2;

4. Pursuant to Fed. R. Civ. P. 65, a permanent injunction is hereby entered requiring that Defendants, as well as their respective officers, agents, servants, employees and all persons who are in active concert or participation with them, immediately cease from infringing U.S. Patent No. 7,368,162 and U.S. Patent No. 7,211,319 under any United States statute, or cause or assist others to infringe U.S. Patent No. 7,368,162 and U.S. Patent No. 7,211,319 under any United States statute and refrain from performing in an any manner whatsoever

any of the acts complained of in the Third Amended Complaint, including making, using, offering to sell, selling or importing HVCRC;

5. This is a final judgment;

6. The parties shall bear their own fees and costs;

7. There is no monetary damages awarded as part of this final judgment;

8. The discovery sanctions awarded to CTC by the Magistrate Judge on October 31, 2017, are hereby vacated;

9. This Court shall retain jurisdiction for the purpose of enforcing compliance or contempt proceedings arising from this Stipulated Judgment.

The signatures below indicate the parties' consent and agreement to enter into this Stipulated Judgment:

Dated: November 8, 2017        VENABLE LLP

                               By: /s/ Tamany Vinson Bentz
                                   Tamany Vinson Bentz
                                   Alper Ertas
                                   Matthew Busch
                                   Attorneys for CTC Global Corp.


Dated: November 8, 2017        FOX ROTHSCHILD LLP

                               By: /s/ James E. Doroshow
                                   James E. Doroshow
                                   Ashe P. Puri
                                   Attorneys for Defendants Mercury
                                   Cable & Energy, Inc., et al.


Based on the foregoing, this Stipulated Judgment is hereby entered on behalf of Plaintiff CTC Global Corp. and against Defendants Mercury Cable & Energy, Inc. d/b/a Mercury Cable & Energy, LLC, Ronald Morris, Todd Harris, and Edward Skonezny with all other claims, counterclaims, and parties in this action dismissed

with prejudice.

Entered this 9th day of November, 2016

_David O. Carter_
Hon. David O. Carter
United States District Judge

# SIGNATURE CERTIFICATION

I am the ECF User whose identification and password are being used to file the foregoing **CONSENT JUDGMENT**. In compliance with the General Order, I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: November 8, 2017        VENABLE LLP

By: /s/ Tamany Vinson Bentz
    Tamany Vinson Bentz
    Alper Ertas
    Matthew Busch
    Attorneys for CTC Global Corp.